UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEYDA MARQUINA SANCHEZ,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden Otay Mesa Detention Center; TODD BLANCHE, Acting United States Attorney General; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; PATRICK DIVVER, ICE San Diego Field Office Director,<br><br>                              Respondents. | Case No.:  3:26-cv-02928-LEK-DDLL<br><br>**MINUTE ORDER DIRECTING THE PARTIES TO MEET AND CONFER** |

Petitioner Leyda Marquina Sanchez ("Petitioner") filed a Verified Petition for Writ of Habeas Corpus ("Petition") on May 8, 2026. [Dkt. no. 1.] On May 29, 2026, Respondents Christopher J. Larose, Senior Warden Otay Mesa Detention Center; Todd Blanche, Acting United States Attorney General; Markwayne Mullin, Secretary of the Department of Homeland Security; and Patrick Divver, ICE San Diego Field Office Director ("Respondents"), filed a notice stating that Petitioner was released from immigration custody on May 28, 2028. [Dkt. no. 6.]

Counsel for the parties are DIRECTED to meet and confer about whether they will file a joint motion to dismiss the Petition in light of Petitioner's release. If the parties so agree, Petitioner shall file joint motion by **June 11, 2026**. If the parties do not

agree, Respondents shall file a notice informing the Court of the inability to reach an agreement. The notice shall be filed by **June 11, 2026**.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 29, 2026.



/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

**LEYDA MARQUINA SANCHEZ VS. CHRISTOPHER J. LAROSE, ET AL; CV 26-02928 LEK-DDLL; MINUTE ORDER DIRECTING THE PARTIES TO MEET AND CONFER**

2