# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEYDA MARQUINA SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE; Senior Warden, Otay Mesa Detention Center; *et al*.,<br><br>Respondents. | Case No.: 26-cv-2928-LEK-DDL<br><br>**ORDER ON JOINT MOTION TO DISMISS** |

Having considered the parties' Joint Motion to Dismiss, and finding good cause therefore, the Joint Motion is hereby **GRANTED**. The Clerk of the Court is directed to close this case.

It is **SO ORDERED.**

DATED: June 4, 2026.

/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge